THE STATE OF OHIO, APPELLEE, *v.* MURR, APPELLANT.

[Cite as *State v. Murr* (1994), 71 Ohio St.3d 168.]

(No. 93–2399—Submitted October 24, 1994—Decided December 14, 1994.)

*John E. Meyers,* Sandusky County Prosecuting Attorney, and *Ronald J. Mayle,* Assistant Prosecuting Attorney, for appellee.

*David H. Bodiker,* Ohio Public Defender, and *Richard E. Graham,* Assistant Public Defender, for appellant.

---

*Per Curiam.* The decision of the court of appeals is affirmed for the reasons stated in the decision.

*Judgment affirmed.*

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

A.W. SWEENEY and WRIGHT, JJ., dissent.